# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA PHELPS,<br><br>        Plaintiff,<br><br>   v.<br><br>PS LOS ANGELES - PICO BLVD., INC.,<br><br>        Defendants. | Case №. 2:18-cv-06633-ODW (MRWx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment it is **HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment is entered for Defendants on Plaintiff's first claim for relief under the Americans with Disabilities Act ("ADA");
2. Plaintiff shall take nothing by way of his ADA claim;
3. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims and dismisses those claims without prejudice;

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 26, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**